

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-104-CV

HVAC AGENT, LLC, PLUMBING AGENT, LLC,                    APPELLANTS
AND ELECTRICAL AGENT, LLC

V.

JOEL FRANCOMANO AND LEOJ SOFTWARE, LLC          APPELLEES

----------

### FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  June 5, 2008